Shaun H. Crosner (SBN 259065)
SCrosner@PasichLLP.com
Michael S. Gehrt (SBN 246450)
MGehrt@PasichLLP.com
L. Noelle Malindzak (SBN 335622)
NMalindzak@PasichLLP.com
PASICH LLP
1230 Rosecrans Avenue, Suite 690
Manhattan Beach, CA 90266
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDENAS MARKETS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSTON CASUALTY COMPANY, a Texas Corporation,<br><br>Defendant. | Case No. 5:23-cv-00682-KK-SHK<br><br>Assigned to the Hon. Kenly Kiya Kato<br><br>**JOINT NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE ALL DATES**<br><br><br>Complaint Filed on April 18, 2023 |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES**

## JOINT NOTICE OF SETTLEMENT

Plaintiff Cardenas Markets LLC ("Cardenas") and Defendant Houston Casualty Company ("HCC") give notice that the parties have reached a settlement in principle of all claims asserted in this case. The parties are currently working together to draft and execute a written settlement agreement, and they anticipate executing a final written settlement agreement within the next 7-10 days.

In light of this settlement, the parties request that the Court vacate all currently scheduled dates, deadlines, and events in this matter. The parties further request that the Court retain jurisdiction of this matter to allow the parties sufficient time to finalize and consummate their settlement. The parties anticipate filing a stipulation for dismissal with prejudice within the next 30-45 days.

DATED: February 9, 2024               PASICH LLP

                                      By: /s/ Shaun H. Crosner
                                          Shaun H. Crosner
                                          Michael S. Gehrt
                                          L. Noelle Malindzak
                                          Attorneys for Plaintiff

DATED: February 9, 2024               CLYDE & CO US LLP

                                      By: /s/ James P. Koelzer
                                          James P. Koelzer
                                          David Ktshozyan
                                          Attorneys for Defendant

DATED: February 9, 2024               WERNER AHARI MANGEL LLP

                                      By: /s/ Joseph A. Bailey III
                                          Joseph A. Bailey III (*pro hac vice*)
                                          Chiara Tondi Resta (*pro hac vice*)
                                          Attorneys for Defendant

## ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that the other signatory listed, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing. I further attest that I have on file documentation of his authorization.

DATED: February 9, 2024        PASICH LLP

/s/ Shaun H. Crosner
Shaun H. Crosner
Attorneys for Plaintiff

3
**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES**