Shaun H. Crosner (SBN 259065)
SCrosner@PasichLLP.com
Michael S. Gehrt (SBN 246450)
MGehrt@PasichLLP.com
L. Noelle Malindzak (SBN 335622)
NMalindzak@PasichLLP.com
PASICH LLP
1230 Rosecrans Avenue, Suite 690
Manhattan Beach, CA 90266
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDENAS MARKETS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSTON CASUALTY COMPANY, a Texas Corporation,<br><br>Defendant. | Case No. 5:23-cv-00682-KK-SHK<br><br>Assigned to the Hon. Kenly Kiya Kato<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed on April 18, 2023 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's February 12, 2024 Text Scheduling Notice and Order [ECF No. 40], Plaintiff Cardenas Markets LLC ("Cardenas") and Defendant Houston Casualty Company ("HCC") (collectively, the "Parties," and each individually, a "Party") stipulate to the dismissal with prejudice of all claims against HCC. The Parties further stipulate that each Party shall bear its own costs, expenses, and attorneys' fees.

DATED:  March 7, 2024      PASICH LLP

By: */s/ Shaun H. Crosner*
Shaun H. Crosner
Michael S. Gehrt
L. Noelle Malindzak
Attorneys for Plaintiff

DATED:  March 7, 2024      CLYDE & CO US LLP

By: */s/ David Ktshozyan*
James P. Koelzer
David Ktshozyan
Attorneys for Defendant

DATED:  March 7, 2024      WERNER AHARI MANGEL LLP

By: */s/ Joseph A. Bailey III*
Joseph A. Bailey III (*pro hac vice*)
Chiara Tondi Resta (*pro hac vice*)
Attorneys for Defendant

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that the other signatory listed, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing. I further attest that I have on file documentation of his authorization.

DATED: March 7, 2024

PASICH LLP

*/s/ Shaun H. Crosner*

Shaun H. Crosner

Attorneys for Plaintiff